UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT D. THORSON,

Defendant.

Case No. CR16-277 RSM

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court did not receive any verified information about defendant's residence, ties to the community, employment, or health.  Defendant has prior felony convictions including escape from custody.  Defendant did not argue for release and stipulated to detention.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

2  counsel;

3       (3)     On order of a court of the United States or on request of an attorney for the

4  Government, the person in charge of the correctional facility in which Defendant is confined

5  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6  connection with a court proceeding; and

7       (4)     The Clerk shall provide copies of this order to all counsel, the United States

8  Marshal, and to the United States Probation and Pretrial Services Officer.

9       DATED this 20th day of October, 2016.

10

11

12                             BRIAN A. TSUCHIDA
                             United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2