Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT THORSON,<br>   Defendant. | Case No.: CR 16-00277  RSM<br><br>ORDER EXTENDING DEADLINE FOR FILING MOTION FOR NEW TRIAL |

ORDER

Based on the representations provided by counsel in the Stipulated Motion to Extend Deadline for Filing Motion for New Trial, it is hereby ORDERED that the defense motion for new trial in this case shall be due on March 30, 2017.

Dated this 28 day of February, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER  EXTENDING DEADLINE - 1         LAW OFFICES OF JUANITA HOLMES, PLLC
                                       705 Second Avenue, Suite 501
                                       Seattle, WA  98104
                                       (206) 262-0300

Presented By:

s/Juanita Holmes, WSBA #15583
Attorney for Robert Thorson
LAW OFFICES OF JUANITA HOLMES, PLLC
705 Second Avenue, Suite 501
Seattle, WA  98104
Telephone: (206) 262-0300
Fax: (206) 621-0335
E-mail: juanita_holmes@hotmail.com

s/ Stephen Hobbs and Cecelia Gregson
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 500
Seattle, WA  98101-1271
Telephone: (206) 553-5170
Fax: (206) 553-4994