UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-277RSM |
| Plaintiff, | ORDER DENYING DEFENDANT'S |
| v. | MOTION FOR RECONSIDERATION |
| ROBERT D. THORSON, | |
| Defendant. | |

This matter comes before the Court on Defendant Robert D. Thorson's Motion for Reconsideration of Order Denying Defendant's Pending Motions. Dkt. #155. The Court's earlier Order declined to consider Defendant's motion to dismiss due to his pending appeal. Dkt. #154. Defendant now contends that subject matter jurisdiction is not involved in his appeal and that the Court should consider his earlier motions.[1] Dkt. #155. For the following reasons the Court denies Defendant's Motion.

"Motions for reconsideration are disfavored." LCrR 12(b)(10)(A). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new fats or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCrR 12(b)(10)(A).

---

[1] Defendant filed a Motion to Dismiss and subsequently sought to amend his Motion to Dismiss. Dkts. ##152, 153. The Court denied Defendant's Motion to Amend as well as the underlying Motion to Dismiss. Dkt. #154.

ORDER – 1

The Court is not persuaded that it should reconsider its prior Order. Defendant has not presented any new facts or legal authority that could not have been presented by Defendant in his earlier motions. Additionally, Defendant's Motion fails to demonstrate manifest error. Defendant is incorrect that subject matter jurisdiction is not a part of his appeal. The Court of Appeals "has a continuing obligation to assess its own subject-matter jurisdiction, even if the issue is neglected by the parties entirely." *United States v. Ceja-Prado*, 333 F.3d 1046, 1049 (9th Cir. 2003) (citations omitted).

For these reasons, the Court finds and ORDERS that Defendant's Motion for Reconsideration of Order Denying Defendant's Pending Motions (Dkt. #155) is DENIED.

DATED this 22 day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2